TRULINCS 85278053 - KALICHENKO, OLENA - Unit: BRO-B-A

---

FROM: 85278053
TO: Larusso, Robert
SUBJECT: a letter that I am submitting to court about Bob
DATE: 05/18/2019 03:07:14 PM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 23 2019 ★
LONG ISLAND OFFICE

Your Honor
I am requesting for Mr LaRusso to be brought back into the case.
As you know I am currently working on my response to the governments response on my motion to withdraw a plea.
Mr Bode there is making statements on behalf of ukrainian authorities, he is making statements on behalf of Mr LaRusso, for instance he says that the Consulate General of Ukraine has submitted a diplomatic note based on "incorrect information" about my case, he is refering to a letter that has been written and filed by Mr LaRusso to the Consulate. I do have a response from the Consulate General of Ukraine with that regard but I want to include a testimony from Mr LaRusso, I need him to help me to write a response.
It is unclear to me how an attorney who has been representing me for more then 4 years, an attorney who has been asigned to me by this court and who I assume is a competent attorney with 40 years of experience and had full access to entire discovery material would provide "incorrect information" to another foreign government official. But this is exactly what Mr Bode claims.
So I need a testimony from Mr LaRusso with that regard.
-----Larusso, Robert on 5/17/2019 4:21 PM wrote:

>

I spoke with Bob and he said to tell you that no he is not going to do it.

Joyce

OLENA KALICHENKO on 5/17/2019 11:20:59 AM wrote
Robert Murray told me that I should submit a request for you to join the case by myself, he said he cant to it.
I will write to the judge and mail a letter today but I dont know may be you can contact the court, tell them that I have contacted you and asked you to be brought back into the case because Murray refuses to do it.

RECEIVED
MAY 23 2019
EDNY PRO SE OFFICE

TRULINCS 85278053 - KALICHENKO, OLENA - Unit: BRO-B-A

----------------------------------------------------------------------------------------------------

FROM: 85278053
TO: Larusso, Robert
SUBJECT: RE: RE: request to join the case
DATE: 05/18/2019 05:14:02 PM

Furthermore Mr Bode is going deeply into the history of the case where Mr LaRusso was representing me in terms of what kind of discussions I had with Mr LaRusso before plea and after so I need Mr LaRusso to help me respond to that as well.
I wont be able to complete the response without the help of Mr LaRusso.

I have asked Mr Singer to submit this letter to you on my behalf but he says that I should do it by myself. I have attached his response to this letter to you.

Furthermore Mr Bode has come up with the entire theory as to why I have decided to contact american embassy in Kiev about Valerios request to adopt a child from Ukraine, he is raising the issue of my motivation. This is a separate issue which is irrelevant to the motion to withdraw a plea but nevertheless I have provided a 6 page answer to his "extortion theory" backed up with the email evidence where I have also indicated that I didnt make a decision to contact american embassy international adoption department by myself, my fiancee at that time Mr Dicleli was involved in that decision making which is also evident from my August email to Val. Mr Dicleli can be available for deposition where he can verify what was the intend behind the contact of american embassy. Not only we wanted to prevent Valerio from adopting a child from Ukraine but also we wanted to make sure that the videos are not dissiminated anyfurther because Mr Dicleli made an assumption that Valerio may try to do that which would have hurt me dramatically. I am submiting all this information to you now and Mr Bodes theory is completely false.

Olena Kalichenko
-----Larusso, Robert on 5/17/2019 4:21 PM wrote:

>

I spoke with Bob and he said to tell you that no he is not going to do it.

Joyce

OLENA KALICHENKO on 5/17/2019 11:20:59 AM wrote
Robert Murray told me that I should submit a request for you to join the case by myself, he said he cant to it.
I will write to the judge and mail a letter today but I dont know may be you can contact the court, tell them that I have contacted you and asked you to be brought back into the case because Murray refuses to do it.

TRULINCS 85278053 - KALICHENKO, OLENA - Unit: BRO-B-A

----------------------------------------------------------------------------------

FROM: Singer, Murray
TO: 85278053
SUBJECT: RE: Sentencing date this Friday
DATE: 05/17/2019 09:21:05 AM

I am sorry, but that is a request that you will have to make on your own. ✓

OLENA KALICHENKO on 5/17/2019 6:35:47 AM wrote
Murray submit a request to the court for Robert to be brought back into the case. ✓
-----Singer, Murray on 5/15/2019 5:36 PM wrote:

>

I just submitted a request to postpone sentencing, scheduled for this Friday, to a date after the motion to withdraw the guilty plea has been decided.

| ГЕНЕРАЛЬНЕ КОНСУЛЬСТВО УКРАЇНИ В НЬЮ-ЙОРКУ |  | CONSULATE GENERAL OF UKRAINE IN NEW YORK |
|---|---|---|
| 240 Іст 49ᵗʰ Стріт, м.Нью-Йорк, 10017, США | Tel: +1 (212) 371 69 65 Fax: 371 55 47<br>e-mail: gc_usn@mfa.gov.ua<br>http://ny.mfa.gov.ua | 240 East 49th Street, New York, NY 10017, USA |

«18» 08 2017 р. № 61410/36-540-712

О.С.Каліченко

Копія: Департамент консульської служби МЗС України

*Щодо розгляду звернення*

Шановна Олено Сергіївно,

На виконання відповідного доручення Міністерства закордонних справ України від 17.08.2017 року Генеральне консульство України в Нью-Йорку розглянуло Ваше звернення, надіслане на адресу Міністра закордонних справ України П.А.Клімкіна, та за результатами розгляду інформує про таке.

Після останньої зустрічі з Вами консула установи М.М.Кастрана, яка відбулася 8 червня ц.р. у Metropolitan Detention Center, до Генконсульства у робочому порядку надійшло звернення Вашої матері, Віри Каліченко, а також декількох громадських активістів з проханням «опротестувати дії американської сторони» щодо Вашого арешту та тримання в одному з пенітенціарних закладів м.Нью-Йорк.

У результаті вжитих консульською установою заходів, зокрема після детального вивчення матеріалів, які були надіслані до Генконсульства Вашим адвокатом, Робертом Ла Руссо, телефонної розмови з ним, а також після проведення відповідних консультацій з Посольством України у Вашингтоні, 15 серпня 2017 року на адресу Державного Департаменту США Генконсульством було надіслано відповідну ноту.

У зазначеному документі консульською установою було коротко викладено суть пред'явлених Вам звинувачень, обставини та мотиви вчинених Вами діянь, наголошено на тому факті, що саме завдяки Вашій добровільній заяві та Вашим показам головного фігуранта справи Джозефа Валеріо нещодавно було засуджено до 60 років ув'язнення, що, фактично, попередило вчинення ним жахливих злочинів з використанням малолітніх.

Окремо увагу Державного Департаменту США було привернуто до місця (територія України) вчинення Вами тих діянь, стосовно яких станом на сьогодні американською стороною Вам пред'явлені звинувачення, та наголошено на тому, що, на думку Генконсульства, саме українські правоохоронні та судові органи мали б проводити відповідне розслідування, давати оцінку ступеню тяжкості вчинених Вами діянь та визначати міру покарання.

Відтак, у разі надходження від американської сторони будь-якої реакції Генконсульство інформуватиме Вас та Вашого адвоката додатково.

З повагою,

Генеральний консул

І.І.Сибіга

М.Кастран
+1-212-371-6965

TRULINCS 85278053 - KALICHENKO, OLENA - Unit: BRO-B-A

---

FROM: 85278053
TO: Larusso, Robert
SUBJECT: RE: RE: request to join the case
DATE: 05/18/2019 09:16:19 PM

In his letter to me of August 18th, 2017 Mr Myroslav Kastran spesifically in the third paragraph says that:"after a detailed review of the materials that were sent to the Consulate by my attorney Mr Robert LaRusso, a telephone conversation with him and after consulting with the Embassy of Ukraine in Washington DC on August 15th 2017 a diplomatic note has been submitted to the State department."
And then he talks about what exactly is mentioned in the diplomatic note, he also says that he received an order from Kiev from the ministry of foreign affairs to interfere. Mr Kastran also says that he has been receiving letters from my mother and other public activists, all of them indicating that I am a valuable member of ukrainian society and they want me to be back to my country.
The reason why I am attaching this document Your Honor is for you to see that the letter provided by Mr LaRusso to Mr Kastran together with the telephone conversation that took place between two of them was primarely source of information Mr Kastran relied on. So it has to be Mr LaRusso to respond to the governments accusations with the regard of "incorrect information" provided to ukrainian authorities. Thats why I need his deposition.
This letter is written in ukr language, ukr language is different from russian. If you want to translate this letter independently you need to find someone who speaks ukrainian. I am not sure if Mr Valeriy Glyai speaks ukrainian language.

So I am requesting for Mr LaRusso to be brought back into the case.

Olena Kalichenko
-----Larusso, Robert on 5/17/2019 4:21 PM wrote:

>

I spoke with Bob and he said to tell you that no he is not going to do it.

Joyce

OLENA KALICHENKO on 5/17/2019 11:20:59 AM wrote
Robert Murray told me that I should submit a request for you to join the case by myself, he said he cant to it.
I will write to the judge and mail a letter today but I dont know may be you can contact the court, tell them that I have contacted you and asked you to be brought back into the case because Murray refuses to do it.