RECEIVED AUG 09 2019 EDNY PRO SE OFFICE

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ AUG 08 2019 ★ LONG ISLAND OFFICE

14cr95 (JFB)(ARL)

Your Honor

I have finished writing the objections to PSI report, both to the conclusion and to guideline calculation, but the only part that I was able to type to Mr. Singer is the objections to calculations. I didn't have a chance to type the objections to the conclusion because all the money that Mr. Singer put on my account have been taking immediately by Brooklyn court to pay the fee for the lawsuit that I have. I didn't know they would take the money.

So I don't know either or not you received my objections. There is also a new video testimony that my mother and my daughter have recorded, it just came up, I don't know if you have it. I based my objections on a number of sexual exploitation cases, in particular I brought to the courts attention cases of three different women who I personally know and who were prosecuted here in the eastern district for sexual exploitation crime as a result of their relationship with the predator man, a former police officer Alberto Randazzo. Ms. Keira Norton, Ms. Jenny Lemay and Ms. Leigh Mancini. Mr. Singer was representing Ms. Norton.

I paid attention of the court to the case of Ms. Mancini where she plead to conspiracy sexually exploit a child 18 USCS § 2251(e), the same plea that was offered by the government last year to me. The disposition of her case

60 months imprisonment because she has been provided with the K1 letter from the government. And I assume that she provided some sort of cooperation however she was not a person who initially reported Mr. Randazzo, it was another lady. Ms Marcini only cooperated after her arrest.

So I have indicated in my objections that there is a clear unfairness in the way how US government is treating me compared to the other ladies who committed similar offense. This unfairness has been consistently communicated to me by already a second defense attorney....

The amount of cooperation that I have provided to american government against Mr. Valerio is tremendous. The criminal complaint and an arrest warrant issued against Valerio has been obtained solely on the information provided by me to agent Angelini in Kiev with whom I entered into an oral cooperation agreement.

Furthermore I testified at Fatico's hearing as a government witness with the regard to the rape suffered by me at Valerio's residence, the court and already the second circuit credited my testimony because Mr. Valerio appealed and he was trying to discredit it.

The fact that the US government has credited Ms Marcini cooperation and is refusing to do so for me despite of the fact that they totally relied on my testimony tells me

that US government is acting in a bad faith towards me. The government agent Angelini in his emails to me acknowledged my "substantial assistance to them" multiple times and told me how grateful he was for all the info that I provided. Government agent Troyd and even the district attorney Ameet Kabrawala have acknowledged by themselves in the year of 2016 that they "don't dispute the amount of cooperation that I provided was significant" and truthful. Their statements can be retrieved from March 2016 hearings.

So based on Second Circuit decision in United States v. John Doe 556 Fed Appx 58; 2014 US App where the appellate court directed a district court to conduct a hearing on whether the government had acted in bad faith in refusing to make motion seeking downward departure from mandatory min on defendants behalf pursuant to 18 USCS § 3553(e) and USSG § 5K1.1 because defendant made requisite showing to rebut governments neutral explanations.

I request my attorney to proceed with this motion. A motion to compel the government to file K1 letter.

There are two other cases that I wanted to draw the courts attention to:

### US v Polouzzi   564 F 3d 142; Jan 8, 2008

Defendant was convicted as a result of trial for possession and receipt of child porn in violation of 18 USC §2252(a)(2), §2252(a)(4)(B), a charge that carried 5 years mandatory min. He has been sentenced by judge Weinstein to one year and one day in prison. The government has been represented by Allen Bode where Mr. Bode has charged Polouzzi with 12 counts of receipt and 11 counts of possession of images that have been overturned by Second Circuit into a single violation of 18 USCS §2252(a)(4)(B) instead of 12 separate convictions.

### US v Pabon-Cruz   391 F 3d 86; 2004 US App. Dec 3, 2004.

Where the Second Circuit remanded the case for resentencing defendant who was convicted under 18 USCS §2251(c)(1)(A) for advertising and distribution of child porn 18 USCS §2252A.

The Second Circuit, "We consider nostra sponte though the issue was not raised by counsel, nor addressed by district court the statutory penalty provision of 18 USC §2251(d) mandates a minimum ten year term of imprisonment..."

Contrary to the government's arguments, however, we do not find the other clauses in

the paragraph to be irrefutable proof of Congress' intent to ensure mandatory min. sentences for all offenders without exception; the discrepancy could as easily suggest Congress' intent to allow a more lenient sentence for first-time offenders.

So the basic analysis of the cases of other ladies who committed similar offense out of the relationship with the predator man tells me that US government is acting in bad faith towards me and does treat me unfair compared to other women.

The fact that I acknowledged my mistakes and keep asking God for forgiveness of the sin of sexual immorality that I committed I have described on 50 pages of my objections to the conclusion that I intend to type and present to the court.

With respect
Olena Khalichenko

August 5th 2019

Olena Khalichenko 85278053
Metropolitan detention center
100 28th Street
Brooklyn NY 11232

USMS
Legal

11722-443800

NEW YORK NY 100
06 AUG 2019 PM 14 L

Joseph Bianco
United States district Judge
United States district court
Eastern district of New York
100 Federal Plaza
Central Islip NY 11722

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.