Case 2:14-cr-00095-JFB-ARL  Document 194  Filed 10/11/19  Page 1 of 6 PageID #: 1232

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 11 2019 ★
BROOKLYN OFFICE

CR 14-95

Your Honor I have decided to write to you after I have been visited by a defense attorney Mr. Florian Miedel.

He told me that he just finished representing a client in a similar case and that case was decided by you. US v Liwanap 17-CR-00677. Mr. Miedel thinks and he is already an attorney #4 who has expressed similar opinion, he thinks that the judgement against me is unfair so that is why I decided to write to you.

At a very young age in 2012 I have interacted with american man Joseph Valerio. I am a single mum from Ukraine a very poor country as you know. Since the year of 2008 me and my family we became homeless being the victims of ponzi scheme that was orchestrated in Ukraine, we lost our apartment. In 2010 I became pregnant and gave birth to my daughter who is in Ukraine. But her biological father has abandoned me, during the time of pregnancy I was always homeless, stayed at the places of 8 different people, have suffered a tremendous trauma. I was living in the constant fear that I would have to leave my new born at the hospital because I didn't have a place to bring her to or the money to feed her. My daughter was born in October of 2010 I was being able to only rent a tiny apartment in Ukraine with the help from my Church and then bring her there. My mum also came to live with us. I started to look for a husband, a person who would accept me together with my daughter as his

own child and I started to look abroad. That's how I met Mr. Valerio. I didn't know at that time he was a sexual preditor, he also told me he was younger then he truly is and he wanted to create a family with me and he was willing to take me with my daughter to live together. So I came to visit him in summer of 2011 alone, I stayed at his residence. He had a son from previous marriage and I observed him being a good father towards his son so I thought he would be the same towards my daughter. However while I stayed at his house he sexually abused me. I have testified about that abuse. I didnt report him because I was a foreigner in this country, didnt have any other place to go and was pennyless.

   Also my mother placed my daughter into the orphanage in Ukraine while I was staying at his house. I was concerned about her and kept calling from his house to Ukraine to check on my daughter. But the principal refused even to speak to me because she said my daughter was not her priority and she had other kids to take care of. So I was very upset and concerned about her. My mother placed my daughter into the orphanage because she didn't have money to continue to pay the rent and she by herself was forced to seek shelter from her friends.

   So Mr Valerio sends me back to my country with his money and with the agreement to continue relationship with the prospect of marriage.

3

he started to financially support me and only with the help of his support I was able to secure a new apartment in Ukraine and take my daughter back from the orphanage in December of 2011. And I also went to apply for a fiancee visa for me and my daughter to come live with Valerio. However that request of mine was being denied and as soon as Valerio found out that my visa request was denied and we are not coming to him he turned into completely different person. He started to demand sexual videos from me with my daughter threatening to let us die on the streets of Kiev if it was not up to his mercy to continue to provide basic needs, shelter and food for us. And thats 10 days after he first helped me to get her back from the orphanage ......

He simply preyed on my fear to end up homeless on the streets of my country which I have already experienced. A single mum with a child and also my mother, an elderly woman who was dependant on me as well.

But, your honor, dont think that I dont regret of what happened, I deeply do. I am extremely embarrassed of entire situation, keep praying to God for forgiveness all the time and ask Him to protect my daughter. I condemn all the sins of sexual immorality including homosexuality and even sexual relations outside the legal marriage. I would have never done what I did if I was not extremely vulnerable at that time. My family has testified to that. My daughter was

begging the court to let me go back to my country.....
I was being forced to plea to all the counts in entire indictment, have moved to withdraw the plea twice but unsuccessful.... I have been twice on a hunger strike, last time in june of this year where I was being hospitalized and kept under the constant IV and 8 days in suicide watch because I dont consider the plea to be voluntary at all. By the time you receive my letter I would stop eating again, couse I almost stopped eating after the sentencing anyway. What's the point of being alive in prison in a foreign country where I never lived, with almost zero communication with my family and loved ones.... For now then 5 years since my arrest I didnt have not even one social visit because my family and friends are all across the Atlantic ocean, noone has any visas to come here or any money to afford an international flight and living expenses in US. My mother currently lives with my daughter on less then $100 a month barely surviving and my daughter is facing a prospect of being returned back to the orphanage again because my mother cannot support her anymore.... I am extremely depressed about it and mostly about the fact that there is nothing I can do to help them....

Your Honor I was being told by a number of people that my case was being handled unfairly. 4 different criminal defense attorneys so far. Check also the cases of 3 american women

5 who interacted with sexual preditor man: Ms Keira Norton, Ms. Leigh Marcini, Ms Jennifer LeMay in front of judge Pamela Chen. The disposition in these cases is different then mine.

I also read your opinion in US v D.W. of July 28, 2016. You wanted to allow a defendant to withdraw his plea.

I want to get a review of my case by another judge but I dont know how to do it from the legal prospective.

Is it possible for you to take my case?

Sincerely
Olena Kralichenko

