FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 08 2019 ★

LONG ISLAND OFFICE

RECEIVED

NOV 08 2019

EDNY PRO SE OFFICE

A Letter to court from
Olena Kraleuko

This is a letter to notify the court that I
have resumed the hunger strike as an act
of protest against the authority of the United
States to bring any charges against me.

Secondly I don't recognize the validity
and voluntariness of the guilty plea that I
have moved twice to withdraw most importantly
based on the protest of my government that has
been communicated by the Department of
foreign affairs of Ukraine to the State Department
of the US.

Just recently I have been visited by a
criminal defense attorney Mr Florian Miedel
who had just finished representing a client
in March of this year in Brooklyn court
in front of Judge Weinstein in a similar case
US v Lingwang 17 - CR - 00677. Lingwang pled
guilty to one count of sexual exploitation
of a child.

He coerced economically vulnerable
women from Philippines into engaging in
sexually explicit conduct with young children
in exchange for payments and he recorded and
distributed the content.

This serious offense is likely to cause
continuing psychological and emotional
damage to the women and children involved.
A lengthy prison sentence in which he faces

2

immense challenges and dangerous conditions will do more harm than good."

Lirsanap was sentenced to 15 years for directing the women seen in the videos to perpetrate sexual acts against very young children where 8 different children were involved. And judge Weinstein considers this sentence on him being too harsh.

But the fact that judge Weinstein gave Lirsanap less time for directing multiple women / where 8 different victims were involved then you have decided to give to me is not even my point here. My point is where are the criminal charges against the Philippino women who Lirsanap directed to engage in sexual acts / with children in Phillippines?

I asked Mr. Florian Miedel, he told me that women are considered to be victims in this case because of their economical vulnerability that Lirsanap used against them to get the video content.

Or where is an american interest in bringing charges against the Phillippino women / who under the same scenario sexually exploited Phillippino children in Phillippines / and the content has been transmitted to US through Facebook / an american company), there was the money exchange here / and Lirsanap also redistributed the content that he received from Phillippines to another person in the US without the knowledge of the women.

3

Mr Miedel told me that there is no american interest because women are foreigners and will never live in the US.

I have searched multiple cases, there are also other cases from different circuits where an american citizen interacted with young women mostly from Asia from poor countries and directed those women to engage in sexual acts with children abroad. Each one of these cases involves transmission of sexual content and money exchange but there is not even a single case where a foreign woman has been tricked by FBI into prosecution in the US except of me. I guess it is only me who is extremely important to US.

So much important that US is willing to ignore the overwhelming interest of Ukraine, my own government where the actual conduct took place.

If that's the case fine then keep me in a hospital then until I die. I have no problem with that at all. And I will rather die then spend one more day in this country.

However now I know what is the true american interest in keeping me here. Obviously it is not my daughter who is a ukrainian citizen and who my own government is more then capable to protect.

The facility was trying to force me to work for american military as a slave and committ a treason against my own country.

4

They even made a schedule of how to pay
the fee imposed by this court in calculating
of how many baskets of panels I had to
produce for American military in order to
pay the $400 fee, that is approximately 8
months of slave work for US military.

Of course I have refused in participating
in any activities that contribute to US military.
I am not going to help this country kill
innocent people all over the world. Like they
did during Clinton administration in bombing
the former Yugoslavia and killing ethnical
serbs in Europe, people of my race. This US ope-
ration has been condemned by UN security
counsel and all the european governments,
including my government. I also notified
my government that US was trying to force
me to work as a slave for their military
in order to pay the fee imposed by this court.
And that the US government is using the labor
of foreign citizens in their prisons to contribute
to their defense industry.

Which I believe is the true reason
why the US government wants to keep me in
this country because they need slaves to work
in their military factories, the factory is
full of foreigners who were have been ensla-
ved by US for decades and forced to work
for US military and has nothing to do with
my daughter who my own government is
more then capable to protect!

5

For the court to refer to such cases as Frank, where an american citizen, a sex tourist travels abroad to engage in sexual conduct with minors has nothing to do with me. This statute only applies to american citizens who travel abroad with criminal intend.

It doesn't even apply to americans who stopped travelling and moved to foriegn country. Check: 8th Circ Pepe

And also US v Pendtiz, 728 F. Supp 2d 46, 2010 District of Connecticut. Indictment dismissed against defendant who traveled to Haiti and in Haiti ingaged in sexual conduct with children. Dismissed on the ground that non of his conduct took place in Connecticut.

And also US v Reeves
Indictment dismissed by the military appelate court where the production of the images took place in Germany and Reeves is an american citizen.

So under all these circumstances I don't consider my plea to be voluntary at all, this is why I am resuming my hunger strike. There is not even a single case where a foriegn woman has been charged under that statute in the US. Not even one. It simply doesn't exist. My government has expressed its position in August of 2017, before entering a plea I was being denied of my right to seek the advice from

6    my own Consulate which is guaranteed to me
by Article 36 of the Vienna Convention which
provides all the aliens arrested abroad to
receive assistance, advice and visitation
from a representative of a home country. The
advice from the Consulate is no different then
the advice from an attorney and I was being
deprived from that. The very first visit
and advice from the Consulate I received was
only in 2017 post plea.

The US says they are in the possession
of the evidence of me committing a crime in Ukraine.
US could have been in the possession of the video
of me robbing a bank in Ukraine or in the
possession of a video of me killing a ukrainian
citizen in Ukraine (just an example) so
does it mean that I would have to plea guilty
in american court for an offense that took
place in Ukraine?

Sexual exploitation and sexual abuse
same as a murder is a crime against a
private person (See Second Circ Gatlin) in my
case also a citizen of Ukraine and it is
direct job and responsibility of the government
of Ukraine to protect and represent the interests
of the citizens of Ukraine including my daughter
which my own government is more then capable
of doing. For the US to justify incarceration
of me here by "protecting" own citizen of
Ukraine from another citizen of Ukraine
is direct interference of internal matter
of my country and direct violation of

7

international laws. I honestly don't see understand how you don't see it .... ? Those are the basic principles of international law. Do you study international law at your law school?

See also Second Circ recent case Prado Conspiracy to possess cocaine with intend to distribute dismissed because the vessel was not subject to jurisdiction of US. "The coverage of the statute includes non-US vessels in the waters of another nation and vessels registered in another nation, unless that nation consents or waives objection." Where the congressional intend was to avoid exercising regulatory authority where doing so would cause conflict with the sovereignty of another nation. But you have already successfully created a conflict with the sovereignty of my country, you are simply ignoring the sovereignty of my country and are simply insulting it.

However what I believe what would be proper for the US to do is to turn all the evidence they have against me to ukrainian authorities and let them handle the case. And I believe that that is something they should have done from the very beginning in 2013-2014, they should have shared information the agents had with my government back in Kiev especially considering the existance of mutual legal assistance treaty between 2 countries,

8    friendly relationship between 2 countries
and constant cooperation in the legal matters
and the overwhelming interest of the government
of Ukraine in my case that clearly over-
weights any interest the US might have.

But until then I will stay in a
hospital, it doesnt really make any difference
for me. And if I die you will have to turn
me over to my government anyway. I am not
scared of leaving this world at all. But
I dont recognize neighther your authority to
bring charges against me nor the voluntariness
of the plea of guilty.

With the regard to forceful feeding
I dont know how are you planning to manage
it because last time Dr. Mehta Vyplos initially
was considering but later refused because the
ethics committy didnt give him permission.
He was considering to inject a line in my
skin closer to heart for IV because they have
ruined all my veins on both arms by constant
injections. I was all in bruises but anyhow that
is the concern of the people who are keeping
me in this country not mine.

                                    Olena Kalichenko
                                    November 1st  2019

3

P.S. I also want to ask you to give my case to another judge because I think that you have prejudice to several offenses. Thank you, I will really appreciate.

A Livramal case is a clear example and it is within the same Eastern district of New York and same year. I dont want you to be on my case anymore, please recuse yourself from my case. Also I want my plea back because my plea is not voluntary. I will remain on a hunger strike and will notify the circuit as to the reasons why I am on a hunger strike. If I die they will overturn conviction anyway automatically.

Also regarding the testimony of Angelini, I kept asking for a tape of my conversation with him back in Kiev. He recorded our conversation on a tape, he had a recording device in his hands and pressed the button on a recording device as soon as I started to talk at the embassy. Vhin was taking the notes in his notebook but Angelini had a recording device. I mentioned about the tape to Mr. LaRusso but we have been never provided with that tape. Where is the recording of my conversation with him?

Angelini is clearly lying in his testimony, I dont know if he does it on his own or he received directions from Bode to do so. But my conversation with him has been recorded at the embassy and I want to get a tape of it. I have also notified my government that FBI is

10   deliberately hiding the recording of my conver-
sation with them at american embassy in Kiev
to make it look like I am extremely stupid to
come into this country if he didn't tell me that
the evidence I provided to them cant be used
against me. Seriously I am not that stupid
to come into this country if he didn't tell me that.

So I want my plea back, I want you
to recuse yourself from my case.
And I want the agents to provide the tape
recording of my conversation with them in Kiev.
I will remain on a hunger strike and I
dont care if I die I have nothing to loose
so far anyway.

Olena Kalichenko